UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERMAN TAMRAT,

    Plaintiff,

v.

ADAM MARLOWE, et al.,

    Defendants.

Case No. 20-cv-07623-PJH

**ORDER GRANTING MOTION TO FILE UNDER SEAL**

Re: Dkt. No. 28

    Plaintiff, a state prisoner, proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983.  This case continues with allegations that the two defendant sheriff's deputies used excessive force against plaintiff at the Sonoma County Main Adult Detention Facility ("MADF").  Defendants have filed a motion for summary judgment and have submitted six videos from inside of the MADF.  The videos show the inside of an inmate housing module and the hallways and booking area of the MADF.  Defendants note that the videos could be studied for tactical use by the public, such as future and/or friends and family of current inmates.  This could jeopardize the health and safety of staff and inmates.  Defendants request that the videos be filed under seal.

    "The proponent of sealing bears the burden with respect to sealing.  A failure to meet that burden means that the default posture of public access prevails." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1182 (9th Cir. 2006).  In this district, requests to file documents under seal in civil cases are governed by Civil Local Rule 79-5, which provides that "[n]o document may be filed under seal . . . except pursuant to a Court order that authorizes the sealing of the particular document, or portions thereof[;]" and further, that a sealing order may issue only based upon a request showing that the

document, or portions thereof, is privileged, or protectable as a trade secret, or otherwise entitled to protection under the law. Civ. L.R. 79-5(a).  In particular, "[t]he request must be narrowly tailored to seek sealing only of sealable material. . . ." *Id*.

Defendants have met their burden.  Defendants note that plaintiff will be provided the videos and they have shown that the videos are entitled to protection under the law to ensure the health and safety of inmates and staff at the MADF.  Defendants' request is narrowly tailored and the remainder of the motion for summary judgment is open to the public and describes the substance of the videos without jeopardizing the safety of inmates and staff.  Defendants' motion to file under seal (Docket No. 28) is **GRANTED** and the clerk is requested to file the videos under **SEAL**.[1]

**IT IS SO ORDERED.**

Dated: August 2, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge

---

[1] The court will address defendants' request for a protective order in a concurrently filed order.

2