UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERMAN TAMRAT,

    Plaintiff,

v.

ADAM MARLOWE, et al.,

    Defendants.

Case No. 20-cv-07623-PJH

**ORDER**

Re: Dkt. No. 76

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983. On January 24, 2022, defendants' motion for summary judgment was granted, judgment was entered and this case was closed. Docket Nos. 68, 69. On March 6, 2022, plaintiff filed a notice of appeal that was received by the court on March 15, 2022. Docket No. 76.

On December 15, 2022, the Ninth Circuit issued an order noting that plaintiff's notice of appeal in this case was mistakenly docketed in another of plaintiff's appeals. *See Tamrat v. Sonoma Cnty. Detention Facility*, No. 22-16669 (9th Cir. Dec. 15, 2022). The Ninth Circuit stated that the March 6, 2022, notice of appeal alleged that plaintiff did not receive the entry of judgment until February 25, 2022, and the Circuit construed the notice of appeal as a motion to reopen pursuant to Federal Rule of Appellate Procedure 4(a)(6). The appeal was remanded to this court for the limited purpose of ruling on plaintiff's March 6, 2022, motion to reopen the time for appeal.

After reviewing the motion, the court finds that plaintiff has demonstrated that he did not receive notice of the entry of judgment within the prescribed time and that once he received the judgment, he timely filed his motion to reopen.

Plaintiff's motion to reopen the time to file an appeal (Docket No. 76) is **GRANTED**. The clerk is requested to **SERVE** this order to the Ninth Circuit in case No. 22-16669.

**IT IS SO ORDERED.**

Dated: December 16, 2022

                                      */s/ Phyllis J. Hamilton*
                                      PHYLLIS J. HAMILTON
                                      United States District Judge